## FIRST DISTRICT.

Adolph M. Schwarz, plaintiff in error, v. Leo Weil et al., defendants in error. Gen. No. 32,591.

Heard in the first division of this court for the first district at the April term, 1928. Opinion filed January 21, 1929.

Goldman & Seeder, for plaintiff in error. Rothbart & Lewis, for defendants in error; Wharton Plummer, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Helen Servati, appellee, v. Evening American Publishing Company, appellant. Gen. No. 32,643.

Heard in the first division of this court for the first district at the April term, 1928. Opinion filed January 21, 1929.

Keehn, Woods & Weisl, for appellant. Ernest Stanley Hodges, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

L. H. Sohn and C. M. Sohn, trading as L. H. Sohn & Company, appellees, v. New York Indemnity Company, appellant. Gen. No. 32,806.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

McKenna & Harris, for appellant. Morris K. Levinson, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.